[No. 29640-0-I.   Division One.   June 1, 1992.]

MURRAY PUBLISHING COMPANY, INC., *Appellant*, v. GARY MALMQUIST, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-23729-8, John M. Darrah, J., entered

November 15, 1991. *Reversed* by unpublished per curiam opinion. Now published at 66 Wn. App. 318.